**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

SANCHEZ HERNANDEZ, JAHAIRA L _____  Chapter 13
_____ Debtor(s) _____

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: 8/19/2011                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 100.00 x 60 = $ 6,000.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 6,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 6,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,794.00

Signed: /s/ JAHAIRA L SANCHEZ HERNANDEZ
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR         Cr. _____    Cr. _____
# 71010017686315 # _____      # _____
$ 1,398.00       $ _____      $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____      Cr. _____    Cr. _____
# _____        # _____      # _____
$ _____        $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____      Cr. _____    Cr. _____
# _____        # _____      # _____
$ _____        $ _____      $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
COOP SAULO RODZ
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____      Cr. _____    Cr. _____
# _____        # _____      # _____
$ _____        $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

---

Attorney for Debtor Jose Prieto _____ Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**